IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, DELAWARE, ILLINOIS, INDIANA, MASSACHUSETTS, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NORTH CAROLINA, RHODE ISLAND, and VIRGINIA ex rel. TRACY SCHUTTE and MICHAEL YARBERRY,<br><br>    Relators-Appellees,<br>v.<br><br>SUPERVALU, INC., SUPERVALU HOLDINGS, INC., FF ACQUISITIONS, LLC, FOODARAMA, LLC, SHOPPERS FOOD WAREHOUSE CORP., SUPERVALU PHARMACIES, INC., ALBERTSON'S, LLC, JEWEL OSCO SOUTHWEST LLC, NEW ALBERTSON'S, INC., AMERICAN DRUG STORES, LLC, ACME MARKETS, INC., SHAW'S SUPERMARKET, INC., STAR MARKETS COMPANY, INC., JEWEL FOOD STORES INC., and AB ACQUISITION LLC,<br><br>    Defendants-Appellants. | 25-3194<br>(D. CT. CASE NO. 11-CV-03290) |

**APPELLANTS' DOCKETING STATEMENT**

Pursuant to Circuit Rules 3(c) and 28(a), Defendants-Appellants submit the following docketing statement:

**I. Jurisdiction in the District Court**

This case involves claims under the federal False Claims Act (31 U.S.C. § 3729 *et seq.*) and the False Claims Act of the state of Illinois (740 Ill. Comp. Stat. 175/1 *et seq.*). Jurisdiction in the district court was proper under 28 U.S.C. §§ 1331 and 1367, as well as 31 U.S.C. § 3732(b).

1

## II. Jurisdiction in the Court of Appeals

This Court has jurisdiction pursuant to 28 U.S.C. § 1291. This is not a direct appeal from a decision of a magistrate judge.

The district court granted Plaintiffs-Relators' motion for partial summary judgment, (Dkt. 164), on August 5, 2019, (Dkt. 301). On September 30, 2024, the district court granted and denied in part, (Dkt. 437), Plaintiffs-Relators' additional motions for partial summary judgment, (Dkts. 359, 366), and denied Defendants-Appellants' motion for summary judgment, (Dkt. 370). A jury trial was held beginning February 11, 2025.

The district court entered judgment in Defendants-Appellants' favor on March 12, 2025, (Dkt. 563), following the jury verdict in favor of Defendants-Appellants on March 4, 2025, (Dkt. 556). On April 1, 2025, Plaintiffs-Relators filed timely post-judgment motions pursuant to Rules 59(a) and 59(e). (Dkts. 568, 569). On April 9, 2025, Defendants-Appellants filed a timely post-judgment motion pursuant to Rule 50. (Dkt. 571).

On October 31, 2025, the district court denied the parties' respective post-judgment motions in full. (Dkt. 605). Plaintiffs-Relators filed a Notice of Appeal on November 26, 2025. *See* Dkt. 606; Fed. R. App. P. 4(a)(1)(A) & 4(a)(4)(A). Defendants-Appellants filed a timely Notice of Conditional Cross-Appeal on December 4, 2025. *See* Dkt. 610; Fed. R. App. P. 4(a)(3).

Defendants-Appellants' motion for costs under Fed. R. Civ. P. 54(d)(1) remains pending in the district court, (Dkts. 572, 605), but that motion does not affect the finality of the orders on appeal.

**III. Prior or Related Appellate Proceedings**

This matter was previously before this Court. *See Michael Yarberry, et al. v. SuperValu Inc., et al.*, No. 20-2241. Plaintiffs-Relators have a pending appeal before this Court arising out of the same matter: *Tracy Schutte, et al. v. SuperValu, Inc., et al.*, No. 25-3134.

DATED: December 11, 2025

Respectfully submitted,

By: /s/ *Enu Mainigi*
Enu Mainigi, *Lead Counsel*
Craig Singer
Jennifer Wicht
A. Joshua Podoll
Annie Showalter
Kimberly Broecker
WILLIAMS & CONNOLLY LLP
680 Maine Ave, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
csinger@wc.com
jwicht@wc.com
apodoll@wc.com
ashowalter@wc.com
kbroecker@wc.com

*Counsel for Defendants-Appellants*

# **CERTIFICATE OF SERVICE**

I certify that on December 11, 2025, in accordance with Circuit Rule 25 and Federal Rule of Appellate Procedure 25, this document was filed electronically with the Clerk of the Court using CM/ECF and served upon counsel of record.

/s/ *Enu Mainigi*
Enu Mainigi